BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
Deputy Chief, Cyber & I.P. Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3825
    Facsimile: (213) 894-2927
    Email:     lauren.restrepo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 24-MJ-3081-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING POST INDICTMENT ARRAIGNMENT |
| v. | |
| TYLER ROBERT BUCHANAN, | |
| Defendant. | |

The Court has read and considered the parties' stipulation to continue the post indictment arraignment hearing. For good cause shown, IT IS HEREBY ORDERED THAT:

The post indictment arraignment hearing is hereby continued to June 5, 2025 at 11:30 a.m. before the duty Magistrate Judge.

IT IS SO ORDERED.

_____         _____
DATE                                                HONORABLE ROZELLA A. OLIVER
                                                           UNITED STATES MAGISTRATE JUDGE